UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROBINSON,
    PLAINTIFF

VS.                                          CASE NUMBER: 8:16-cv-1266-EAK-JSS

COMENITY CAPITAL BANK,
    DEFENDANT.

**MEDIATION RESULTS REPORT**

A Mediation Conference was held on October 17, 2016. The parties and/or their designated representatives ☒ appeared ☐ did not appear. Note:

The results of the Mediation Conference were:

☒ Full settlement
☐ No Settlement
☐ Partial settlement – Note:
☐ Mediation took place and is continued:

Dated: October 21, 2016

_____
Roger C. Benson, Mediator
2158 Blossom Way South
St. Petersburg, Florida 33712-6016
727-822-0357
benson@bensonmedition.com

Copies to counsel of record and *pro se* parties