**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

JESSICA ROBINSON,   CASE NO.:  8:16-cv-01266-EAK-JSS

    Plaintiff,
vs.

COMENITY CAPITAL BANK,

    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby dismiss the above-entitled action and all claims asserted in the action with prejudice, with each party to bear their own fees and costs.

Date: December 27, 2016

| | |
|---|---|
| /s/ Charles J. McHale | /s/ Christopher W. Boss |
| Dale T. Golden, ESQ. | Christopher W. Boss, Esq. |
| Charles J. McHale, ESQ. | Florida Bar No.: 13183 |
| GOLDEN SCAZ GAGAIN, PLLC | BOSS LAW |
| 201 North Armenia Avenue | Email: cpservice@protectyourfuture.com |
| Tampa, Florida 33609-2303 | 9887 Fourth Street North, Suite 202 |
| Phone: (813) 251-5500 | St. Petersburg, Florida 33702 |
| Fax: (813) 251-3675 | Telephone: (727) 471-0039 |
| dgolden@gsgfirm.com | Facsimile: (727) 471-1206 |
| cmchale@gsgfirm.com | *Trial Counsel for Plaintiff* |
| Counsel for Defendant | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of this Notice has been served by electronic mail upon all parties and counsel identified on the CM/ECF service list created and maintained by the Court for this case, on December 27th, 2016.

                                              /s/ *Christopher W. Boss*
                                              Christopher W. Boss, Esq.